Kristian JOHNSON, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

No. 68063.

Missouri Court of Appeals,
Eastern District,
Division One.

April 16, 1996.

Dave Hemingway, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Becky Owenson Kilpatrick, Assistant Attorney General, Jefferson City, for respondent.

Before REINHARD, P.J., and KAROHL and GRIMM, JJ.

*ORDER*

PER CURIAM.

Movant appeals from the motion court's judgment denying Rule 24.035 post-conviction relief without an evidentiary hearing. We affirm. The judgment of the motion court is based on findings of fact which are not clearly erroneous. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).